UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-351-FDW
(3:11-cr-358-FDW-1)

| | |
|---|---|
| NIDAL KHALED NASRALLAH, | ) |
| Petitioner, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate, Set Aside, or Correct Sentence filed under 28 U.S.C. § 2255. (Doc. No. 1). Petitioner informs the Court that the Government does not oppose the motion to vacate and the Government further concedes that Petitioner is entitled to the relief as requested in the motion to vacate.

**IT IS THEREFORE ORDERED** that:

(1) Petitioner's Motion to Vacate is hereby **GRANTED**, and the Judgment is hereby amended, nunc pro tunc, to sentence Petitioner to 364 days of imprisonment on each of Counts 6 and 7, with each count to run concurrently. All other terms of the original judgment shall remain intact.

Signed: August 5, 2015

Frank D. Whitney
Chief United States District Judge

-1-